# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:
MARJORIE FRIEDMAN SCHERR
-vs-
MARRIOTT INTERNATIONAL, INC. and DOES 1 through 10, inclusive

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MARRIOTT INTERNATIONAL, INC.

```
FILED
APRIL 14, 2008                    YM
08CV2098
JUDGE KENNELLY
MAGISTRATE JUDGE MASON
```

| | |
|---|---|
| NAME (Type or print) Robert M. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert M. Burke | |
| FIRM Johnson & Bell, Ltd. | |
| STREET ADDRESS 33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6187403 | TELEPHONE NUMBER (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |