# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARJORIE FRIEDMAN SCHERR

-vs-

MARRIOTT INTERNATIONAL, INC. and DOES 1 through 10, inclusive

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARRIOTT INTERNATIONAL, INC.

```
FILED
APRIL 14, 2008                    YM
08CV2098
JUDGE KENNELLY
MAGISTRATE JUDGE MASON
```

| | |
|---|---|
| NAME (Type or print)<br>Timothy R. Couture | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy R. Couture | |
| FIRM<br>Johnson & Bell, Ltd. | |
| STREET ADDRESS<br>33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6213943 | TELEPHONE NUMBER<br>(312) 372-0770 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐