IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARJORIE FRIEDMAN SCHERR**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 08 C 2098 |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.,** | ) | Judge: Matthew F. Kennelly |
| and **DOES 1 through 10,** inclusive | ) | |
| | ) | Magistrate: Michael T. Mason |
| Defendant. | ) | |

## NOTICE OF FILING

To:   See attached Service List.

Please take notice that on the **23rd** day of **April, 2008**, Defendant, **Marriott International, Inc.**, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its **Answer and Affirmative Defense to Plaintiff's Complaint,** a copy of which will or have been served upon you via First Class Mail and/or electronically via the Court's Electronic Case Filing System.

JOHNSON & BELL, LTD.

By:   /s/Robert M. Burke
      One of the Attorneys for the Defendant,
      Marriott International, Inc.

Robert M. Burke (6187403)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois  60603
(312) 372-0770

## PROOF OF SERVICE

The undersigned a non-attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on April 23, 2008, via First Class Mail and/or Electronic Case Filing.

/s/Lisa A. Morrison
[x]   Under penalties as provided by law pursuant to ILL. REV. STAT. CHAP. 110 '1-109, I certify that the statements set forth herein are true and correct.

## SERVICE LIST

Jeremy L. Friedman
2801 Sylhowe Road
Oakland, California 94602
Telephone: (510) 530-9060


Julie Friedman Ehrlich
P.O. Box 1334
Highland Park, Illinois 60035
Telephone: (847) 414-8615;