U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 2098 |
|---|---|
| MARJORIE FRIEDMAN SCHERR, V. MARRIOTT INTERNATIONAL, INC., and DOES 1 Through 10, inclusive | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARJORIE FRIEDMAN SCHERR

| | |
|---|---|
| NAME (Type or print) <br> Julie Friedman Ehrlich, Attorney at Law | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Julie Friedman Ehrlich | |
| FIRM | |
| STREET ADDRESS <br> P.O. Box 1334 | |
| CITY/STATE/ZIP <br> Highland Park, Illinois 60035 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180634 | TELEPHONE NUMBER <br> (847) 414-8615 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |