U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MARJORIE FRIEDMAN SCHERR,<br>V.<br>MARRIOTT INTERNATIONAL, INC.,<br>and DOES 1 Through 10, inclusive | Case Number: 08 C 2098 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARJORIE FRIEDMAN SCHERR

| |
|---|
| NAME (Type or print)<br>Jeremy L. Friedman, Attorney at Law |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Jeremy L. Friedman |
| FIRM |
| STREET ADDRESS<br>2801 Sylhowe Road |
| CITY/STATE/ZIP<br>Oakland, CA 94602 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6199791 | TELEPHONE NUMBER<br>(510) 530-9060 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |