IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARJORIE FRIEDMAN SCHERR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 08 C 2098 |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.,** | ) | Judge: Matthew F. Kennelly |
| and **DOES 1 through 10,** inclusive | ) | |
| | ) | Magistrate: Michael T. Mason |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Jeremy L. Friedman          Julie Friedman Ehrlich
      2801 Sylhowe Road            P.O. Box 1334
      Oakland, California 94602    Highland Park, Illinois 60035

On **June 18, 2008** at **9:30 a.m.**, I shall appear before the Honorable Judge **Matthew F. Kennelly** in **Room 2103** of the U.S. District Court, Dirksen Building, 219 South Dearborn, Chicago, Illinois, and then and there present defendant's **Motion to Transfer Venue,** a copy of which is attached hereto and hereby served upon you.

NAME:  JOHNSON & BELL, LTD.                ATTY. FOR:  Defendants
ADDRESS: 33 West Monroe Street             CITY: Chicago, IL 60603
PHONE: (312) 372-0770                      ATTORNEY NO. 06347

**PROOF OF SERVICE BY ELECTRONIC FILING**

The undersigned, on oath, states that he served this notice by electronically filing same using the CM/ECF system which will send notification of such filing to all counsel, on June 11, 2008.

/s/Paul Gamboa