UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Marjorie Friedman Scherr
                                    Plaintiff,
v.                                  Case No.: 1:08−cv−02098
                                    Honorable Matthew F. Kennelly
Marriott International, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 6/12/2008. Set deadlines/hearing as to motion to transfer case, [15] : Response due by 7/14/2008; Reply due by 7/28/2008. Ruling before Honorable Matthew F. Kennelly on 8/13/2008 at 09:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.