## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2098 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Marjorie Friedman Scherr vs. Marriott International, et al. | | |

**DOCKET ENTRY TEXT**

Corrected Minute Order
Defendants' motion to transfer will not be called for hearing on 6/18/08 because a briefing schedule was previously set.

| | Courtroom Deputy Initials: | DS |
|---|---|---|