IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARJORIE FRIEDMAN SCHERR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 08 C 2098 |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.,** | ) | Judge: Matthew F. Kennelly |
| and **DOES 1 through 10,** inclusive | ) | |
| | ) | Magistrate: Michael T. Mason |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   Jeremy L. Friedman            Julie Friedman Ehrlich
      2801 Sylhowe Road             P.O. Box 1334
      Oakland, California 94602     Highland Park, Illinois 60035

   Please take notice that on the **28th** day of **July, 2008**, Defendant, **Marriott International, Inc.**, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its **Reply to Plaintiff's Response in Opposition to Defendant's Motion to Transfer Venue**, copies of which will or have been served upon you electronically via the Court's Electronic Case Filing System.

NAME:  JOHNSON & BELL, LTD.              ATTY. FOR: Defendants
ADDRESS: 33 West Monroe Street            CITY: Chicago, IL 60603
PHONE: (312) 372-0770                     ATTORNEY NO. 06347

**PROOF OF SERVICE BY ELECTRONIC FILING**

   The undersigned, on oath, states that he served this notice by electronically filing same using the CM/ECF system which will send notification of such filing to all counsel, on July 28, 2008.

/s/Paul Gamboa