## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Marjorie Friedman Scherr
                                      Plaintiff,

v.                                    Case No.: 1:08−cv−02098
                                      Honorable Matthew F. Kennelly

Marriott International, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

MINUTE entry before the Honorable Matthew F. Kennelly:Motion to transfer case [15] is denied for the reasons stated in open court. Status hearing set for 9/8/2008 at 09:00 AM., with attorneys for telephone. Parties are to comply with this Court';s standing order for initial status.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.