**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Marjorie Friedman Scherr

                          Plaintiff,

v.                                                      Case No.: 1:08−cv−02098
                                                       Honorable Matthew F. Kennelly

Marriott International, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing. Rule 26(a)(1) disclosures are to be made by 9/29/2008. Status hearing continued to 12/10/2008 at 09:00 AM., with parties by telephone to discuss the possibility of settlement. Deadline for amending pleadings and adding parties is 1/30/2009. Fact discovery ordered closed 3/9/2009. Rule 26(a)(2) disclosures are due by 4/9/2009; rebuttal disclosures are due by 5/11/2009. Expert discovery ordered closed 6/11/2009. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.