Aug 12 05 11:48a    Tri South            9132730057              p.1



Order ~~Proposal~~ — oak ship 2/0

# Duranotic Door, Inc.

14901 W. 117th Street    Phone: (913) 764-3408
Olathe, KS 66062         Fax: (913) 780-0306
                        Mobile: (913) 915-3769

Partions Ship 9-20

| Date: | 07/27/05 |
|---|---|
| | REVISED 8-12-05 |
| Customer: | Tri-South Const. |
| Attention: | Ken Shellaby |
| | 1-210-685-7180 |
| Fax: | 913-273-0057 |

| Page | 1 of 2 |
|---|---|
| Job Name: | Courtyard by Marriott |
| Ship to: | 11301 Metcalf Ave. |
| | OPKS |
| Job Phone: | Ken 1-210-685-7180 |
| Addenda: | |

Ship date: 9-7-05                  Terms: Net 30 Days

| Qty | Unit | Description | Each | Extended |
|---|---|---|---|---|
| 1 | ea | FDJ416 5 7/8 3068 KD HM DUTCH DOOR FRAME 4H X STRIKE | $104.00 | $104.00 |
| | | RHR # 3 | | |
| 9 | ea | FDJ416 5 7/8 3068 KD HM FRAMES 3H X STRIKE | $82.00 | $738.00 |
| | | 5LH-# 147, 342, 4, 5, 342 BR  4RH-# 5A, 123, 246, 343 | | |
| 3 | ea | FDJ416 5 7/8 3068 20MIN. KD HM FRAME 3H X STRIKE X | $96.00 | $288.00 |
| | | CLOSER REINF. 2RH-# 246, 343  1LH-# 342 | | |
| 2 | ea | FDJ416 5 7/8 3068 KD HM FRAMES 3H X BLANK X CLOSER | $93.00 | $186.00 |
| | | REINF. 1RH-# 8  1LH-# 8 | | |
| 1 | ea | F416 6" 3068 WELDED HM COMMUNICATING FRAMES | $317.00 | $317.00 |
| | | 6H X 2STRIKE X 2DEAD BOLT STRIKE  20MIN. # 342 | | |
| 1 | ea | 3068 1 3/4 SC P-LAM ( WA #10738-60 )DUTCH DOOR W/SHELF | $661.00 | $661.00 |
| | | 4H X LOCK PREP # 3 | | |
| 2 | ea | 3068 1 3/4 SC P-LAM ( WA #10738-60)DOORS 3H X LOCK #4 LH | $454.00 | $908.00 |
| | | # 5A-RH | | |
| 2 | ea | 3068 1 3/4 SC P-LAM ( WA #10738-60 ) DOORS 3H X BLANK | $447.00 | $894.00 |
| | | 1RH-# 8  1LH-# 8 | | |
| 1 | ea | 3068 1 3/4 SC P-LAM ( WA #1531-60 ) DOORS 3H X LOCK | $454.00 | $454.00 |
| | | PREP #5 LH | | |
| 6 | ea | 3068 1 3/4 SC P-LAM ( WA #D436-60 ) DOORS 3H X LOCK | $454.00 | $2,724.00 |
| | | 2RHR-# 147, 342  3LHR-# 123, 246, 343  1LH-# 342 BEDROOM | | |
| 2 | ea | 3068 1 3/4 20MIN. P-LAM ( WA #D436-60 ) DOORS 3H X | $476.00 | $952.00 |
| | | LOCK X DEAD BOLT 1RH  1LH # 342 | | |
| 3 | ea | 3068 1 3/4 20MIN. P-LAM ( WA #7290-60 ) DOORS 3H X | $498.00 | $1,494.00 |
| | ea | VING CARD PREP 2RH-# 246, 343  1LH-# 342  2-Peepholes | | |
| 1 | ea | 2868 1 3/4 SC P-LAM ( WA #1531-60 ) DOOR 3H X LOCK # 5 RH | $454.00 | $454.00 |
| 1 | ea | FDJ416 5 7/8 2868 KD HM FRAME 3H X STRIKE RH-# 5 | $82.00 | $82.00 |
| | | | Sub-total | |
| | | | Tax Rate 7.525% | |
| | | | Total | |
| | | | Material Only - No Install | |

(1) All proposals are subject to adjustments of any errors in extensions or footage.
(2) All proposals are good for 30 days.
(3) All sales are subject to prior credit approval.
(4) All materials are furnished only unless noted.
(5) No glass furnished unless noted.

| Change Order Number: | Purchase Order # | Written by: Marty J. |
|---|---|---|
| Approved By: | Credit Card: | Check # |
| Title: | Date: | Note: No materials will be shipped unless signed. |

@001/002    DURANOTIC DOOR    FAX 9137800306    08/12/2005 10:37

# Duranotic Door, Inc.

14901 W. 117 th Street  Phone: (913) 764-3408
Olathe, KS 66062  Fax: (913) 780-0306
 Mobile: (913) 915-3769

Order
~~Proposal~~

| Date: | 07/27/05 | | Page | 2 of 2 |

| Customer: | Tri-South Const. |
| Attention: | |
| Fax: | |

| Job Name: | Courtyard by Marriott |
| Ship to: | |
| Job Phone: | |
| Addenda: | |

Ship date: _____  Terms: Net 30 Days

| Qty | Unit | Description | Each | Extended |
|---|---|---|---|---|
| 3 | ea | SCBB81 4 1/2" 26D SWING CLEAR HINGES 342 BR | $29.00 | $87.00 |
| 4 | ea | SP81 4 1/2" 26D SPRING HINGES 2-343 Bark | $13.00 | $52.00 |
| 42 | ea | BB81 4 1/2" 26D HINGES | $7.00 | $294.00 |
| 2 | ea | NORTON 8501 ALUM CLOSERS | $162.00 | $324.00 |
| 4 | ea | SARGENT 10G05 LL 626 LOCKSET | $233.00 | $932.00 |
| 8 | ea | SARGENT 7U65 LL 626 PRIVACY 1-343  1-342 BR | $124.00 | $992.00 |
| 12 | ea | SARGENT 7G15-3 LL 626 COMM. LATCH 2-343(Exist. Doon) 2-343 | $131.00 | $1,572.00 |
| 2 | ea | 70C 4" X 16" 32D PUSH PLATE | $8.00 | $16.00 |
| 2 | ea | 107 X 70C 4" X 16" 32D PULL PLATE | $19.00 | $38.00 |
| 1 | ea | IVES 054MB 26D DUTCH DOOR BOLT | $28.00 | $28.00 |
| 1 | ea | IVES 482B DOOR GUARD | $15.00 | $15.00 |
| 6 | ea | 620 VIEWERS 26D  2-343  2-342 | $4.00 | $24.00 |
| 2 | ea | 10" X 34" 32D KICK PLATE | $18.00 | $36.00 |
| | | | | |
| 1 | ea | TOILET PARTITIONS: 2-HANDICAP STALLS, 1-STD. STALL, 1-URINAL SCREEN  FLOOR SUPPORTED / OH BRACED PLASTIC LAMINATE ( installation not included ) | $2,018.00 | $2,018.00 |
| ~~5~~ | ~~ea~~ | ~~TSM H-36/CS1-36" GRAB BAR~~  not used | ~~$24.00~~ | ~~$120.00~~ |
| ~~5~~ | ~~ea~~ | ~~TSM H-42/CS1-42" GRAB BAR~~  not used | ~~$27.00~~ | ~~$135.00~~ |
| 1 | ea | Installation of Doors, Frames & Hardware supplied by Duranotic Door ( NO PAINTING OR FINISHING) | | $3,570.00 |
| | | | Sub-total | ~~$20,509.00~~ 20254.00 |
| | | | Tax Rate 7.525% | ~~$1,543.30~~ 1524.11 |
| | | | Total | ~~$22,052.30~~ 21778.11 |

(1) All proposals are subject to adjustments of any errors in extensions or footage.
(2) All proposals are good for 30 days.
(3) All sales are subject to prior credit approval.
(4) All materials are furnished only unless noted.
(5) No glass furnished unless noted.

| Change Order Number: | | Purchase Order # | 801 | Written by: | Marty J. |
| Approved By: | Ken Shallaby | Credit Card: | | Check # | |
| Title: | Supt. | Date: 8-12-05 | Note: No materials will be shipped unless signed. | | |