06/15/2009 15:08 FAX 913 764 5269       DURANOTIC DOOR                                          ☒002

Duranotic Door, Inc.          YOU CAN CHARGE YOUR BALANCE DUE              **Invoice**
14901 W. 117th St.            AMEXP _____  VISA _____                    Invoice Number
Olathe, KS  66062             DISCOVER _____ M/C _____                   36858
913 764 3408                  CARD # _____                  Invoice Date
                              EXPIRATION DATE _____                 Oct. 18, 2005
Voice: 913-764-3408           NAME ON CARD _____                 Page
Fax:   913-764-5269           MAILING ADDRESS _____                 1
                              SIGNATURE _____
                              FAX TO 913-764-5269

Sold To:                                    Ship to:
Tri South Construction, Inc.                COURTYARD BY MARRITT
5725 Sam Houston Circle                     10401 METCALF AVE
Austin, TX 78731                            KEN 210.685.7180
                                            OVERLAND PARK, KS

*Farmers Claim # 1014186610*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| TRISOUTH | 801 | Net 30 Days |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| MARTY | OUR TRUCK | 10/17/05 | 11/17/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | FDJ416 5 7/8" 3-0 X 6-8 X KD HM DUTCH DOOR FRAME X 4H X STRIKE X JMB #3 MESKER LOCATIONS | | |
| 9.30 | | FDJ416 5 7/8" 3-0 X 6-8 X KD HM FRAME X 3H X STRIKE MESKER LOCATION 9LH 147, 242,4,5, 342 43H, 5H, 123, 246, 343 | | |
| 3.00 | | FDJ416 5 7/8" 3-0 X 6-8 X 20 MIN KD HM FRAME X 3H X STK X C/R X 2RH 246, 343 AND 1LH 342 MESKER LOCATIONS | | |
| 2.00 | | FDJ416 5 7/8" 3-0 X 6-8 X HM KD FRAME 3H X BLANK X C/R X 1RH & 1LH @ MESKER LOCATIONS | | |
| 1.00 | | F416 6" 3-0 X 6-8 X WELDED HM COMMUNICATING FRAMES 6H X 2 STK X 2 DEADBOLT X 20 MIN @ 342 MESKER LOCATIONS | | |
| 1.00 | | 3-0 X 6-8 X 1/4" PLAM | | |

|  |  | Subtotal | Continued |
|---|---|---|---|
|  |  | Sales Tax | Continued |
|  |  | Invoice Amount | Continued |
|  |  | Payment Received | Continued |
|  |  | TOTAL | Continued |

Finance Charges are applied to all overdue accounts.

06/15/2009 15:08 FAX 913 764 5269     DURANOTIC DOOR                                    ☒003

Duranotic Door, Inc.          YOU CAN CHARGE YOUR BALANCE DUE                 **Invoice**
14901 W. 117th St             AMEXP _____   VISA _____                    Invoice Number
Olathe, KS 66052              DISCOVER _____   M/C _____                        36858
913 764 3408                  CARD # _____                  Invoice Date
                              EXPIRATION DATE _____                 Oct 18, 2005
Voice: 913-764-3408           NAME ON CARD _____                      Page
Fax:   913-764-5269           MAILING ADDRESS _____                        2
                              SIGNATURE _____
                              FAX TO 913 764 5269

Sold To:                                      Ship To:
Tri South Construction, Inc.                  COURTYARD BY MARRITT
5725 Sam Houston Circle                       11391 METCALF AVE
Austin, TX 78731                              KEN 240-685-7180
                                              OVERLAND PARK, KS

*Farmers Claim # 1014186610*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| TRISOUTH | 801 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MARTY | OUR TRUCK | 10/17/05 | 11/17/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | (WA#10739-60) DOORS DUTCH DOOR WITH SHELF 3H X 16L X PREP #3 3-0 X 6-8 X 1 3/4" SC P-LAM | | |
| 2.00 | | (WA#10738-60) DOORS 3H 16A X #4 LH AND 5A RH 3-0 X 6-8 X 1 3/4" SC P-LAM | | |
| 1.00 | | (WA#10488-60) DOORS X 3H X BLANK X PYP RH #8 LH #8 3-0 X 6-8 X 1 3/4" PLAM (WA# D436-60) DOORS 3H X 16L PREP #5 LH | | |
| 6.00 | | 3-0 X 6-8 X SC PLAM (WA# D436-60) DOORS 3H X 16L 2 RHR #147, 342 3 LHR # 125, 246, 343, 1LH 342 BEDROOM | | |
| 2.00 | | 3-0 X 6-8 X 1 3/4 20 MIN PLAM (WA # D436-60) DOORS 3H X 16L X DEADBOLT 1RH 1LH # 342 | | |
| 3.00 | | 3-0 X 6-8 X 1 3/4" 20 MIN P-LAM (WA# 7290-60) DOORS | | |

|  | Subtotal | Continued |
|---|---|---|
|  | Sales Tax | Continued |
|  | Invoice Amount | Continued |
|  | Payment Received | Continued |
|  | TOTAL | Continued |

Finance Charges are applied to all overdue accounts.

06/15/2009 15:08 FAX 913 764 5269      DURANOTIC DOOR                                    ☒004

Duranotic Door, Inc.          YOU CAN CHARGE YOUR BALANCE DUE              **Invoice**
14901 W. 117th St             AMEXP _____  VISA _____           Invoice Number
Olathe, KS  66062             DISCOVER _____ M/C _____                  36858
913 764 3408                  CARD # _____            Invoice Date
                              EXPIRATION DATE _____            Oct 18, 2005
Voice:  913-764-3408          NAME ON CARD _____                 Page
Fax:    913-764-5269          MAILING ADDRESS _____                   3
                              SIGNATURE _____
                              FAX TO 913 764 5269

Sold To:                                   Ship To:
  Tri South Construction, Inc.               COURTYARD BY MARRITT
  5725 Sam Houston Circle                    11301 METCALF AVE
  Austin, TX 78731                           KEN 200 685 7180
                                             OVERLAND PARK, KS

                                                          *Farmers Claim # 1014186610*

| Customer ID | Customer PO | Payment Terms |       |
|-------------|-------------|---------------|-------|
| TRISOUTH    | 801         | Net 30 Days   |       |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| MARTY       | OUR TRUCK   | 10/17/05      | 11/17/05 |

| Quantity | Item | Description | Unit Price | Extension |
|----------|------|-------------|------------|-----------|
|          |      | 3H X WING CARD PREP X 2RH #246, 343 2RH #342 2 PEEP HOLES |  |  |
| 1.00     |      | 2-0 X 6-8 X 1 3/4" S2 PLAM (WA# 1531-60) DOOR 3H X 161 X #5 RG |  |  |
| 1.00     |      | FDC41E 5 7/8" 2-8 X 6-8 X KD HM FRAME 3H X STK X RH X #5 |  |  |
| 3.00     |      | SCBB81 4.5 26D SWING CLEAR HINGES |  |  |
| 4.00     |      | SP-BL 4.5 SPRING HINGES |  |  |
| 42.00    |      | BB-81 4.5 X 26D HINGES |  |  |
| 2.00     |      | NORTON 8501 ALUM CLOSER |  |  |
| 4.00     |      | SARGENT 10G05LL X 626 LOCKSET |  |  |
| 8.00     |      | SARGENT 7U65 LL 626 PRIVACY |  |  |
| 12.00    |      | SARGENT 7G15-3 LL 626 COMM LATCH |  |  |
| 2.00     |      | 70C X 4" X 16" 32D PULL PLATE |  |  |
| 2.00     |      | 107 X 70C X 4" X 16" X 32D |  |  |

                                              Subtotal        Continued
                                              Sales Tax       Continued
                                              Total Invoice Amount   Continued
                                              Payment Received    Continued
                                              TOTAL           Continued

NOTICE TO OWNER / KANSAS NOTICE TO OWNER / Finance charges on overdue accounts.

06/15/2009 15:10 FAX 913 764 5269          DURANOTIC DOOR                                  ☒005

**Invoice**

Invoice Number
36858

Invoice Date
Oct 18, 2005

Page
4

Duranotic Door, Inc.
14901 W. 117th St.
Olathe, KS 66062
913-764-3408

Voice: 913-764-3408
Fax:   913-764-5269

YOU CAN CHARGE YOUR BALANCE DUE
AMEXP _____ VISA _____
DISCOVER _____ M/C _____
CARD # _____
EXPIRATION DATE _____ 8/06
NAME ON CARD _____
MAILING ADDRESS _____
SIGNATURE _____
FAX TO 913-764-5269

Sold To:
Tri South Construction, Inc.
5725 Sam Houston Circle
Austin, TX 78731

Ship To:
COURTYARD BY MARRIOTT
11301 METCALF AVE
KEN 210-695-7180
OVERLAND PARK, KS

Farmer's Claim #104186610

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| TRISOUTH | 801 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| MARTY | OUR TRUCK | 10/17/05 | 11/17/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | PULL PLATE | | |
|      | | IVES 054MB 26D DUTCH DOOR | | |
|      | | BOLT | | |
| 1.00 | | IVES 4828 DOOR GUARD | | |
| 6.00 | | IVES 620 VIEWERS 26D | | |
| 2.00 | | 10 X 34 X 32D KICK PLATES | | |
| 1.00 | | TOILET PARTITIONS 2 HC STALLS, 1 STANDARD STALL, 1 URINAL SCREEN FLOOR SUPPORTED - OH BRACED PLASTIC LAMINATE | | |
| 1.00 | | INSTALL DOORS, FRAMES AND HARDWARE SUPPLIED BY DDI ( NO PAINTING OR FINISHING) | | |
| 1.00 | | SO 36145  TOTAL MATERIALS & LABOR | 20,254.00 | 20,254.00 |

PAID NOV 2005  $21,778.11

|  |  |
|---|---|
| Subtotal | 20,254.00 |
| Sales Tax | 1,524.11 |
| Invoice Amount | 21,778.11 |
| Payment Received | 0.00 |
| TOTAL | 21,778.11 |

Finance Charges are applied to all overdue accounts.