# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Marjorie Friedman Scherr

                                     Plaintiff,

v.                                                 Case No.: 1:08−cv−02098
                                                 Honorable Matthew F. Kennelly

Marriott International, Inc., et al.

                                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, December 14, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Jury trial held. Mistrial declared. Settlement conference held with parties present. Settlement reached, subject to documentation. Telephone status hearing set for 12/21/2010 at 9:00 AM. One side's counsel should get the other side's counsel on the telephone and then call chambers at that date and time. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.